[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-15169
Non-Argument Calendar
_____

D.C. Docket No. 3:12-cr-00031-MCR-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARQUISE DEMETRIS JENKINS,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(August 9, 2013)

Before  CARNES, Chief Judge, BARKETT and  HILL, Circuit Judges.

PER CURIAM:

Michelle Hendrix, appointed counsel for Marquise Jenkins in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jenkins's convictions and sentences are **AFFIRMED**.